DAVID W. TUFTS (State Bar No. 180817)
dtufts@djplaw.com
CLINTON E. DUKE (*pro hac vice*)
cduke@djplaw.com
JEFFREY A. STEPHENS (State Bar No. 253542)
jstephens@djplaw.com
**DURHAM JONES & PINEGAR, P.C.**
111 E. Broadway, Suite 900
Salt Lake City, Utah 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

Attorneys for ZAGG INTELLECTUAL
PROPERTY HOLDING CO., INC.

JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

**(Western Division – Los Angeles)**

| | |
|---|---|
| ZAGG INTELLECTUAL PROPERTY HOLDING CO., INC., a Nevada corporation,<br><br>　　　　Plaintiff/ Counterclaim Defendant;<br><br>　　vs.<br><br>NLU PRODUCTS, L.L.C., a Utah limited liability company; and WRAPSOL, L.L.C., a Delaware limited liability company;<br><br>　　　　Defendants/ Counterclaimants. | Case No. CV10-06511 AHM (FFMx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ALL CLAIMS BETWEEN PLAINTIFF ZAGG INTELLECTUAL PROPERTY HOLDING CO., INC. AND DEFENDANT NLU PRODUCTS, L.L.C. WITH PREJUDICE**<br><br>District Judge:   A. Howard Matz<br><br>Magistrate Judge Frederick F. Mumm<br><br>Hearing: N/A |

Before the Court is the parties' Stipulation of Dismissal of All Claims Between Plaintiff ZAGG Intellectual Property Holding Co., Inc. and Defendant Wrapsol, L.L.C. With Prejudice (the "Stipulation") submitted by plaintiff ZAGG Intellectual Property Holding Co., Inc. and defendant Wrapsol, L.L.C. in the above-captioned action (the "Action") and the Court is of the opinion that the Stipulation should be GRANTED.

IT IS, THEREFORE, ORDERED that all claims between plaintiff ZAGG Intellectual Property Holding Co., Inc. and defendant Wrapsol, L.L.C. in the Action are hereby DISMISSED WITH PREJUDICE.  Each party shall bear its own costs, attorneys' fees, and other expenses.  Because all defendants and the counterclaims against plaintiff have been dismissed with prejudice, the Clerk is ordered to close the case.

SO ORDERED:

Date:   June 13, 2012

_____
Honorable A. Howard Matz
United States District Judge

**JS-6**